<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COURTNEY PORETSKIN, | No. 23-22613 (SDW)(MAH) |
| Plaintiff, | |
| v. | **ORDER** |
| CHANEL, INC. *et al.*, | |
| Defendants. | February 21, 2024 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on January 29, 2024, by Magistrate Judge Michael A. Hammer ("Judge Hammer"), (D.E. 15), recommending that Plaintiff's Motion to Remand pursuant to 28 U.S.C. § 1447, (D.E. 8), be denied, Defendant Chanel, Inc.'s request to transfer this matter to the Southern District of New York be granted, and Defendant Chanel, Inc.'s Cross Motion to Dismiss this action and compel arbitration, (D.E. 11), be denied without prejudice. This Court has reviewed the reasons set forth by Judge Hammer in the R&R.[1] Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Hammer is **ADOPTED** as the conclusions of law of this Court. Plaintiff's Motion to Remand, is hereby **DENIED**. Defendant Chanel, Inc.'s Cross Motion to Dismiss and compel arbitration, is **DENIED** without prejudice. Defendant Chanel, Inc.'s request to transfer this matter to the United States District Court for the Southern District of New York is **GRANTED**.

**SO ORDERED**.

---

[1] The parties did not file objections to the R&R.

          /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Michael A. Hammer, U.S.M.J.